BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4077



**FILED**

JUN 08 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CR-00188 OWW |
| Plaintiff, | ORDER TO UNSEAL INDICTMENT AND WARRANT OF ARREST |
| v. | |
| GUSTAVO MORENO, and DAVID TORRES | |
| DEFENDANTS. | |

The indictment and warrant of arrest in this case, having been sealed by Order of this Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. On April 7, 2011, the indictment and warrants of arrest were unsealed as to Gonzalo Esquivel, Kenneth Hernandez, and Efren Steve Jiminez. It appearing that the indictment and warrant of arrest no longer need remain secret for any of the defendants, it is HEREBY ORDERED that the indictment and warrant be unsealed and made public record for Gustavo Moreno and David Torres.

Dated: June 8, 2011



U.S. Magistrate Judge

1