VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero St
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902
E-mail: vsantos@santoslg.com

Attorney for SAUL MORALES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-00188-LHR-BAM |
|---|---|
| Plaintiff, | **STIPULATION AND PROPOSED ORDER RE: BRIEFING SCHEDULE** |
| v. | |
| GUSTAVO MORENO, | |
| Defendant. | |

    Defendant Gustavo Morales, through his undersigned counsel, hereby requests the proposed briefing schedule to submit a supplemental brief to defendant's motion to vacate and/or reduce sentence filed in propia persona on November 2, 2020 (DE # 188).

    Defendant's supplemental brief to Defendant's *pro se* motion to vacate and/or reduce sentence due **April 19, 2021.**

    Government's brief due **May 10, 2021.**

    Defendant's reply brief due **May 24, 2021.**

The proposed briefing schedule is necessary because counsel recently received the necessary medical records from the Bureau of Prisons, which require further review, analysis and investigation.

Undersigned counsel has conferred with AUSA Antonio J. Pataca, who joins in this request.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:  March 25, 2021

/s/ Virna L. Santos
VIRNA L. SANTOS
Attorney for Defendant Gustavo Moreno

DATED:  March 25, 2021

/s/ Antonio J. Pataca
ANTONIO J. PATACA
Assistant U.S. Attorney

IT IS SO ORDERED.

Date: March 26, 2021

LEE J. ROSENTHAL
Chief Judge, U.S. District Court