| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 2 | ANTONIO J. PATACA<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUSTAVO MORENO,<br><br>Defendant. | | CASE NO. 1:11-CR-00188-LHR-BAM<br><br>STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE UNDER 18 U.S.C. § 3582(c)(1)(A); [PROPOSED] ORDER |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a pro se motion for compassionate release on November 2, 2020. Docket No. 188. Counsel was appointed and supplemental motion was to be filed by April 19, 2021, with the government's response due May 10, 2021, and any reply brief due on May 24, 2021. Docket No. 224.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

a) The government's response to the defendant's motion to be filed on or before June 1, 2021;

b) The defendant's reply to the government's response to be filed on or before June 8, 2021.

IT IS SO STIPULATED.

Dated: May 10, 2021                                    PHILLIP A. TALBERT
                                                       Acting United States Attorney

                                                       /s/ ANTONIO J. PATACA
                                                       ANTONIO J. PATACA
                                                       Assistant United States Attorney


Dated: May 10, 2021                                    /s/ VIRNA SANTOS
                                                       VIRNA SANTOS
                                                       Counsel for Defendant
                                                       GUSTAVO MORENO

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, Docket No. 188, is due on or before June 1, 2021;

b) The defendant's reply to the government's response, if any, is due on June 8, 2021.

SIGNED on May 11, 2021, at Houston, Texas.

                                                       Lee H. Rosenthal
                                                       Chief United States District Judge