IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No: 1:11-cr-188-LHR-BAM-4 |
|     Plaintiff, | ) |
| | ) **MEMORANDUM OPINION AND** |
| | ) **ORDER DENYING MOTION FOR** |
| v. | ) **SENTENCE REDUCTION** |
| | ) |
| GUSTAVO MORENO, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

The defendant, Gustavo Moreno, moved under 18 USC § 3582(c)(2) for a reduction of the 148-month sentence he received in 2013 after he pleaded guilty to conspiracy to distribute methamphetamine. (Docket Entry No. 188). His criminal history subjected him to treatment as a career offender, making his Guideline Sentencing range 151 months to 188 months in prison. He received a below guidelines sentence of 148 months based on his plea agreement.

Moreno moves under Amendment 782, effective November 1, 2014. Although this amendment applies retroactively, it does not change sentences imposed on individuals designated as career offenders. *See, e.g., United States v. Charles*, 749 F.3d 767, 770 (9th Cir. 2014) ("retroactive amendments regarding sentences under the drug guidelines do not affect individuals who were sentenced as career offenders").

Because Moreno does not qualify for a sentence reduction under 18 U.S.C. § 3582(c)(2), *see United States v. Waters*, 648 F.3d 1114, 1117 (9th Cir. 2011), his motion is denied.

SIGNED on August 12, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge