PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00188-JLT-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: May 9, 2022 |
| GUSTAVO MORENO, | TIME: 2:00 P.M. |
| Defendant. | COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a status conference on May 9, 2022.

2. By this stipulation, initiated by the defense, the parties stipulate that the status conference may be continued to July 5, 2022, at 2:00 PM, to allow time for defense review of the discovery, investigation, and settlement discussions. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

1

1  Dated:  May 3, 2022                           PHILLIP A. TALBERT
2                                                United States Attorney

3                                                /s/ ANTONIO J. PATACA
                                                 ANTONIO J. PATACA
4                                                Assistant United States Attorney

5

6  Dated:  May 3, 2022                           /s/ MAI SHAWWA
                                                 MAI SHAWWA
7                                                Counsel for Defendant
8                                                GUSTAVO MORENO

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued from May 9, 2022 to **July 5, 2022, at 2:00 PM before Magistrate Judge Stanley A. Boone**.

IT IS SO ORDERED.

Dated:  **May 3, 2022**          /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE