LAW OFFICE OF MAI SHAWWA
Mai Shawwa, SBN 236683
1226 L Street
Bakersfield, CA 93301
Tel: (661) 432-7577
Fax: (661) 742-1898
Email: mai@shawwalaw.com

Attorney for:
Gustavo Moreno

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GUSTAVO MORENO, <br><br> Defendant. | CASE NO. 1:11-CR-00188-JLT-BAM <br><br> STIPULATION AND ORDER TO ADVANCE STATUS CONFERENCE <br><br> DATE: July 5, 2022 <br> TIME: 2:00 P.M. <br> COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

**COMES NOW** Defendant, GUSTAVO MORENO, by and through his attorney of record, MAI SHAWWA, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a status conference on July 5, 2022.

2. By this stipulation, initiated by the defense, the parties stipulate that the status conference may be advanced to June 6, 2022, at 2:00 PM. Defense was waiting for Mr. Moreno's pending case in San Bernardino County to be filed, which was recently filed on May 5, 2022. I have spoken to AUSA, Antonio Pataca, and he has no objection to advancing the status hearing.

IT IS SO STIPULATED.

1

1  ///

2  ///

3

4  DATED: May 17, 2022

Respectfully Submitted,
*/s/ Mai Shawwa*
MAI SHAWWA
Attorney for Defendant
Gustavo Moreno

7

8  DATED: May 17, 2022

*/s/ Antonio J. Pataca*
ANTONIO J. PATACA
Assistant United States Attorney

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the status conference be advanced to June 6, 2022, at 2:00 PM. Defendant is ordered to appear.

IT IS SO ORDERED.

Dated:  **May 17, 2022**

UNITED STATES MAGISTRATE JUDGE